*George M. Pinney, Jr.,* and *Warren C. Van Slyke* for appellant.

*William B. Ellison, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in both courts, on opinion in *People ex rel. Hoefle* v. *Cahill* (188 N. Y. 489).

. Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCCOCK and CHASE, JJ.

---

THE CONSOLIDATED FRUIT JAR COMPANY, Appellant, *v.* FRANK P. WISNER et al., as Executors of HENRY C. WISNER, Deceased, Respondents.

*Consolidated Fruit Jar Co.* v. *Wisner,* 110 App. Div. 99, affirmed.
(Argued April 26, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action for an accounting.

*George A. Strong* for appellant.

*William A. Sutherland* and *Edwin A. Nash* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

WILLIAM KEATING, by NICHOLAS KEATING, His Guardian ad Litem, Respondent, *v.* S. M. COON, as Receiver of the SWITS CONDE COMPANY, Appellant.

*Keating* v. *Coon,* 115 App. Div. 920, affirmed.
(Argued April 29, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered